CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

APR 06 2018

JULIA C. DUDLEY, CLERK
BY: /s/
DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# ROANOKE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Criminal Action No. 7:97CR00051-2 |
| | ) | |
| v. | ) | **FINAL ORDER** |
| | ) | |
| RONALD LEE JONES, | ) | By: Michael F. Urbanski |
| Defendant. | ) | Chief United States District Judge |

In accordance with the accompanying Memorandum Opinion, it is hereby

**ADJUDGED and ORDERED**

that the government's motion to dismiss, ECF No. 198, is **GRANTED**; Jones' motion vacate, set aside, or correct his sentence pursuant to 28 U.S.C. § 2255, ECF No. 193, is **DISMISSED**; Jones' motion to stay consideration of the § 2255 motion, ECF No. 191, is **DENIED as MOOT**; a certificate of appealability is **DENIED**; and this action is **STRICKEN** from the active docket of this court.

The Clerk shall send copies of this Order and the accompanying Memorandum Opinion to the parties.

ENTER: This 6th day of April, 2018.

/s/ Michael F. Urbanski
Chief United States District Judge